# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MEHMET FATIH BIYIKOGLU,

Petitioner,

v.

BRYAN BIRKHOLZ,

Respondent.

Case No. CV 23-03335 JAK (RAO)

JUDGMENT

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  September 20, 2023

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE